1016

[No. 75043-7-I.  Division One.  June 5, 2017.]

JOHN P. HURNEY ET AL., *Appellants*, v. HSBC BANK, USA, NA, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-17047-5, Mary E. Roberts, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Leach, J.

[No. 75425-4-I.  Division One.  June 5, 2017.]

*In the Matter of the Dependency of* Z.R.

TYREECE KINGSLEY DUNBAR, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 16-7-00092-2, Patrick H. Oishi, J., entered June 23, 2016. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 75438-6-I.  Division One.  June 5, 2017.]

*In the Matter of the Marriage of* LUCY STOKSTAD, *Respondent*, and D. BRUCE STOKSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-01842-0, Jean A. Rietschel, J., entered June 2, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.

[No. 45348-7-II.  Division Two.  June 6, 2017.]

*In the Matter of the Personal Restraint of* DERON ANTHONY PARKS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Melnick, J.